IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES WASHINGTON, JR., #366894, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 3:10-CV-2083-M (BK) |
| | § | (consolidated with |
| ERICA SURPREANT, et al., | § | 3:10-CV-2084-M, and |
| Defendants. | § | 3:10-CV-2086-M) |

## ORDER ACCEPTING ORIGINAL AND SUPPLEMENTAL FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made supplemental findings, conclusions and a recommendation in this case. No objections were filed to the supplement, although the Plaintiff had filed a "Motive to Proceed Form of Profit," which this Court construes as objections to the original findings. This Court thus reviewed the original findings, conclusions, and recommendation *de novo* and the proposed supplemental findings, conclusions and recommendation for plain error. The Court finds the original and supplemental findings correct, and **ACCEPTS** the original and supplemental Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 12th day of January, 2011.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS